**The below described is SIGNED.**

**Dated: September 20, 2010**

*/s/ R. Kimball Mosier*
**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**



_____

Benjamin J. Mann, Bar Number 12588
Stephen B. Watkins, Bar Number 3400
Paul M. Halliday, Jr., Bar Number 5076
HALLIDAY & WATKINS, P.C.
Attorneys for U.S. Bank, N.A.
376 East 400 South, Suite 300
Salt Lake City, Utah 84111
Telephone:  (801) 355-2886
File No: 33780
Email:  bkdocs@halliday-watkins.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| In re: | Bankruptcy Case No. 10M-23722 |
|---|---|
| CLINTON T. MCINTOSH, and MELANIE ANN MCINTOSH, | Chapter 13 |
|  | **ORDER RESTRICTING NON-PARTY ACCESS TO ELECTRONIC RECORDS** |
| Debtors. | **Filed Electronically** |

U.S. Bank, N.A. filed an Ex-Parte Motion for Order Restricting Non-Party Access to Electronic Records.  The Court, having reviewed the relevant records and Creditor's ex-parte motion, and for good cause, hereby orders, adjudges and decrees that access to Creditor's July 15, 2010, Proof of Claim No. 23 shall be restricted and an amended proof of claim will be filed.

CERTIFICATION OF NOTIFICATION OF CLERK OF THE COURT

I certify that on _____ I sent a copy of the foregoing Order electronically or by first class mail to each of the following:

Benjamin J. Mann
Halliday & Watkins, P.C.
ECF
Attorney for Creditor

Scott B. Mitchell
ECF
Attorney for Debtors

Kevin Anderson
ECF
Chapter 13 Trustee

Clinton and Melanie McIntosh
10249 N. Tamarack Way
Cedar Hills, Utah 84062
Debtors

_____
United States Bankruptcy Clerk