Cause has not been established for waiver of the Rule 4001(a)(3) 14-day stay. As a result, and despite any conflicting language in the order, the stay will remain in effect until 14 days after the entry of this order.

**The below described is SIGNED.**

**Dated: November 11, 2010**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

Paul M. Halliday, Jr., Bar Number 5076
Stephen B. Watkins, Bar Number 3400
Benjamin J. Mann, Bar Number 12588
HALLIDAY & WATKINS, P.C.
Attorneys for U.S. Bank, N.A.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 355-2886
Fax: (801) 328-9714
Email: bkdocs@halliday-watkins.com
File No: 33780

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| In re: | Bankruptcy Case No. 10-23772 RKM |
|---|---|
| CLINTON T. MCINTOSH AND MELANIE ANN MCINTOSH | Chapter 13 |
| Debtors. | **ORDER TERMINATING AUTOMATIC STAY AS TO U.S. BANK, N.A.**<br>[Filed Electronically] |

Based upon the Affidavit of Benjamin J. Mann, filed herewith, and good cause appearing, the Court does hereby,

**Filed: 11/08/10**

ORDER AS FOLLOWS:

That the automatic stay with respect to the following described real property:

> Lot 35, Plat "J3", THE CEDARS AT CEDAR HILLS Amended Planned Residential Development, according to the Official Plat thereof on file and of record in the Office of the Utah County Recorder;
> Commonly known as 10249 North Tamarack Way, Cedar Hills, UT 84062;

be and is hereby modified and terminated as of the date hereof to permit U.S. Bank, N.A. to pursue its rights and remedies against the said property under applicable law.

It is further ORDERED that Secured Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

It is further ORDERED that, the unpaid pre-petition default amounts shall be excluded from the Chapter 13 plan. ~~With respect to Rule 4001(a)(3), the Court allows immediate enforcement of this order for relief.~~

If this order is entered pre-confirmation, it shall not be amended or altered or superseded by the confirmation order entered in this case but shall be considered a part of and integrated into the confirmation order and the automatic stay shall not be reimposed by the entry of the

confirmation order.

## END OF ORDER

## MAILING CERTIFICATE

I hereby certify that I mailed true and correct copies of the foregoing Order Terminating Automatic Stay by first class mail, postage prepaid, to each of the following:

    Clinton T. McIntosh and Melanie    Scott B. Mitchell
    Ann McIntosh    Via ECF
    10249 North Tamarack Way    Debtors' Attorney
    Cedar Hills, UT 84062
    Debtors    Kevin R. Anderson
        Via ECF
        Chapter 13 Trustee

        Benjamin J. Mann
        HALLIDAY & WATKINS, P.C.
        Via ECF

Date:

_____
U.S. Bankruptcy Court Deputy Clerk



Case 10-23772    Doc 41    Filed 11/12/10    Entered 11/12/10 11:06:01    Desc Main
          Document      Page 4 of 4